UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN COULTER and TRACY JOHNSON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>VILLA HEALTHCARE MANAGEMENT, INC., | **Case No. 1:22-cv-01970**<br>FLSA Collective Action<br><br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffrey Cummings |

**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

In the wake of a company-wide payroll outage beginning December 2021, Villa Healthcare Management, Inc. ("Villa") initially resorted to estimating its employees' hours instead of paying them for the actual time they worked, including overtime and shift differentials, and then implemented systems which still did not correctly track time or pay employees for the hours they worked. As a result, the wages these employees were owed were delayed for months—at a minimum—or remain unpaid. But a payroll outage does not excuse Villa's non-compliance with the Fair Labor Standards Act (FLSA). Villa's decision to initially ignore actual hours worked by affected employees, as well as its subsequent failure to implement systems to correctly pay its employees for their time, including overtime, flagrantly violates the FLSA.

Plaintiffs worked for Villa as non-exempt hourly workers during the payroll outage. Plaintiffs seek to allow their coworkers—other nonexempt Villa workers who were subject to the same alleged illegal pay practices—to receive notice of this collective action and have the opportunity to join it to recover any backwages they may still be owed along with liquidated damages due to Villa's failure to make these payments on time. Plaintiffs' evidence easily exceeds

the lenient standard for conditional certification, and the Court should certify this collective

action and order notice to be sent to putative collective members.

This motion is supported by the attached memorandum, as well as the evidence and papers

on file in this matter.

Respectfully submitted,

*/s/ Matthew S. Parmet*

By: _____

**Matthew S. Parmet**
N.D. Ill. Bar # 24069719 (TX)
PARMET PC
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5228
matt@parmet.law

**Andrew R. Frisch**
N.D. Ill. Bar # 027777 (FL)
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

**C. Ryan Morgan, Esq.**
N.D. Ill. Bar # 0015527 (FL)
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone:     (407) 420-1414
Email:          rmorgan@forthepeople.com

**Michael N. Hanna, Esq.**
N.D. Ill. Bar No.: 85035 (FL)
MORGAN & MORGAN, P.A.
55 E. Monroe St., Ste. 3800
Chicago, IL 60603
Tel:     (313) 739-1951
Fax:     (313) 739-1976
mhanna@forthepeople.com

**Attorneys for Plaintiffs**

CERTIFICATE OF CONFERENCE

Plaintiffs file this motion as opposed because Defendant has not consented to conditional certification of this action pursuant to the FLSA.

/s/ *Matthew S. Parmet*

_____

Matthew S. Parmet