UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN COULTER and TRACY JOHNSON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>VILLA HEALTHCARE MANAGEMENT, INC., | Case No. 1:22-cv-01970<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffrey Cummings |

### PLAINTIFFS' NOTICE OF FILING AMENDED NOTICE FORMS IN RESPONSE TO COURT'S ORDER ON CONDITIONAL CERTIFICATION

Plaintiffs have amended their proposed notice forms in compliance with the Court's Order on FLSA conditional certification. ECF No. 82. As ordered by the Court, the notice forms have been revised to reflect references to "healthcare facilities affiliated with Villa." *See id.* at *5. Plaintiffs have updated all of the proposed notice documents (the notice, email, and text message) in accordance with the Court's ruling.

The Court ordered that the healthcare facilities should match the list of facilities in paragraph 30 of Plaintiffs' Second Amended Complaint. *Id.* at *5 n.1. In addition to the facilities identified in paragraph 30 of the Second Amended Complaint, however, Plaintiffs also identified during the course of discovery, three additional Villa facilities[1] which were included in Plaintiffs' Motion for Conditional Certification but were not listed in paragraph 30 of the Second Amended Complaint. ECF No. 70-1, at *13 n.1. Plaintiffs have included these facilities in the amended, proposed notice form.

---

[1] These are: Spring Meadows, a Villa Center; Villa at Palos Altos; and Villa at South Holland.

Copies of the amended proposed notices are attached for the Court's review and approval. In addition, for the ease of the Court, Plaintiffs have attached versions of the notices tracking the changes made.

Plaintiffs respectfully request the Court approve the amended notices.

Respectfully submitted,

By: _____
*/s/ Matthew S. Parmet*

**Matthew S. Parmet**
N.D. Ill. Bar # 24069719 (TX)
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5228
matt@parmet.law

**Andrew R. Frisch**
N.D. Ill. Bar # 027777 (FL)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

**C. Ryan Morgan, Esq.**
N.D. Ill. Bar # 0015527 (FL)
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone:    (407) 420-1414
Email:         rmorgan@forthepeople.com

**Michael N. Hanna, Esq.**
N.D. Ill. Bar No.: 85035 (FL)
**MORGAN & MORGAN, P.A.**
55 E. Monroe St., Ste. 3800
Chicago, IL 60603
Tel:    (313) 739-1951
Fax:    (313) 739-1976
mhanna@forthepeople.com

**Attorneys for Plaintiffs**